1 DANIEL J. BRODERICK, #89424
Federal Defender
2 MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California 93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6 JOSE LUIS ALCANTAR

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   NO. 1:08-cr-00169 OWW
                                  )
12        Plaintiff,              )   STIPULATION TO CONTINUE STATUS
                                  )   CONFERENCE HEARING;  ORDER
13     v.                         )
                                  )
14 JOSE LUIS ALCANTAR and MIGUEL  )   Date:  November 24, 2008
   AGUSTINE ALCANTAR,             )   Time:  9:00 a.m.
15                                )   Judge: Hon. Oliver W. Wanger
          Defendant.              )
16                                )
                                  )
17

18    **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the status conference hearing in the above-captioned matter now

20 scheduled for October 20, 2008, **may be continued to November 24, 2008 at 9:00 a.m.**

21    This continuance is requested by counsel for defendants to allow additional time for plea

22 negotiations and defense preparation.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

The time requested is for good cause, to conclude negotiations, and in the interest of justice. 18 U.S.C. § 3161(h)(8)(A).

McGREGOR M. SCOTT
United States Attorney

DATED: October 16, 2008          By   /s/ Elana S. Landau
                                       ELANA S. LANDAU
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


LAW OFFICE OF STEVEN L. CRAWFORD

DATED: October 16, 2008          By   /s/ Steven L. Crawford
                                       STEVEN L. CRAWFORD
                                       Attorney for Defendant
                                       MIGUEL AGUSTINE ALCANTAR


DANIEL J. BRODERICK
Federal Defender

DATED: October 16, 2008          By   /s/ Melody M. Walcott
                                       MELODY M. WALCOTT
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       JOSE LUIS ALCANTAR

**ORDER**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   October 16, 2008**                  /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE